**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 15-6987**

───────────

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

CLARENCE SHELDON JUPITER, a/k/a Star,

               Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg. Michael F. Urbanski, District Judge. (5:93-cr-00004-MFU-1)

───────────

Submitted: September 29, 2015     Decided: November 25, 2015

───────────

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Clarence Sheldon Jupiter, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Sheldon Jupiter appeals the district court's order granting his motion pursuant to 18 U.S.C. § 3582(c)(2) (2012) for a sentence reduction.* We have reviewed the record and find no reversible error. Accordingly, we affirm. <u>United States v. Jupiter</u>, No. 5:93-cr-00004-MFU-1 (W.D. Va. filed June 8, 2015 & entered June 9, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

\* The district court granted Jupiter's § 3582(c)(2) motion, but did not reduce Jupiter's sentence to the full extent he requested.